March 31, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE MATTER OF THE MARRIAGE OF RICHARD NORTHCUTT AND MARY VADEN

NO. 14-15-00136-CV

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on December 15, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Richard Northcutt.

We further order this decision certified below for observance.